# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 147 EM 2016 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN JOSEPH KOEHLER, JR., | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2016, the matter is remanded to the Court of Common Pleas of Bradford County for disposition of Petitioner's PCRA petition. *See* 42 Pa.C.S. §9545(a) ("Original jurisdiction over a proceeding under this subchapter shall be in the court of common pleas.").